

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 13, 2020

BY ECF

The Honorable John Peter Cronan
United States District Judge
United States Courthouse
500 Pearl Square
New York, NY 10007

     Re:  *Batista v. Patterson, et al.*, 20 Civ. 5688 (JPC)

Dear Judge Cronan:

     This Office represents the individually-named defendants—Ms. Patterson, Ms. Vitale, Lt. Grijalva, and A.W. Nash ("Defendants")—in the above-referenced matter, in which Plaintiff alleges that Defendants violated her constitutional rights by discriminating against her on the basis of her sexual orientation.  ECF No. 2.  By Order, dated October 14, 2020, the Court granted this Office's request for an extension of time to respond to the complaint until December 19, 2020, in order to allow Defendants' representation to be finalized and to provide Defendants sufficient time to investigate and respond to the complaint.  ECF No. 13.  The Court also ordered this Office to file a status letter on or before November 16, 2020, describing the status of their Department of Justice representation request.  *Id.*

     This Office writes respectfully to inform the Court that Defendants' requests for representation authority were approved on November 13, 2020.  Defendants plan to respond to the Complaint on or before December 19, 2020, pursuant to the Court's October 14 Order.  *Id.*

     I thank the Court for its attention to this matter.

       Respectfully submitted,

       AUDREY STRAUSS
       Acting United States Attorney for the
       Southern District of New York
       *Attorney for the Defendants*

By:    /s/ Ilan Stein
ILAN STEIN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007
Tel.: (212) 637-2525
Fax: (212) 637-2730
ilan.stein@usdoj.gov

cc: *Pro Se* Plaintiff (via U.S. mail)