**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SAMANTHA I. BATISTA,

                Plaintiff,                20 **CIVIL** 5688 (JPC)

     -against-                    **JUDGMENT**

MS. PATTERSON *et al.*,

                Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 27, 2021, Defendants' motion for summary judgment is granted; accordingly, this case is closed.

**Dated:** New York, New York
          September 28, 2021

                                                      **RUBY J. KRAJICK**
                                                        **Clerk of Court**
                            **BY:**
                                                        **Deputy Clerk**