I, Samantha Batista, docket number # 20 civ. 5688 (JPC) certify that the following statements below are true and correct to the best of my knowledge.

I was discriminated on my sexual orientation harrased and went through the worst injustice and harsh punishment and suffering in MCC Metropolitan Correctional Center due to Ms. Patterson picking and harrasing me. LT. Grijalva was the one who through me in the SHU for almost 4 months (four months) which was the suicide room because MCC had no women SHU. Mr. Grijalva kept giving me the run around had me there for months and at the end it was all about a 300 series shot which was a 312 insolence to a staff which you do no SHU time for. I seen DHO and they still left me in that room confide for another month in a half. Thats where warden Ms. Vitale and Captain Nash kept telling me I was leaving one week then a next and nothing they had the power to take me out that room but they didnt. These officers with there unorthodox behaviors and harrasments and discrimination made me go through so much emotional abuse, induced my stress when they are suppose to be role models to the inmates. Instead I got discriminated berated called a confused individual do to my sexual orientation I have plenty of more witnesses even other officers. I wrote everything up to physcology the warden my judge and to the courts. I was denied medical care, phone calls, Recreation time which is all part of my constitutional rights.

Humbly Yours,

Samantha Batista

RECEIVED
SDNY PRO SE OFFICE
2021 OCT -6 AM 10:01

Affidavit

This is Shelly Washington on behalf of Samantha Batista while we was at MCC Metropolitan Correctional Center she was violated on her 8th Amendments was discriminated by Ms. Patterson she put up signs as "No opposite sex" and had it out for Batista and others involved like Ms. Vitale, Lt. Grijalva and A.W. Ulosh violated her rights for her 8th Amendments by throwing her in SHU for about 3 months and gave her no rec which she is intitled to 1 hour a day. They were the ones running the jail and Lt. Grijalva was the one who put her in the SHU on behalf of Ms. Patterson. I was a witness to all.

AFFADAVIT

To whom it may concern

On behalf of Samantha Batista while we was incarcerated at MCC Metropolitan Correctional Center she indured alot of discrimination when Ms. Patterson put up sign saying "No opposite sex" on the doors mainly for Batista then when Batista asked what she meant by it she said for you for whatever you wanna be she had it out for Batista denied her lunch on one day lunch time about 3 days into getting thrown in the SHU/suicide room on false accusations Batista lasted 3 months in there and she wasn't the same she induced alot of stress and depression no rec no calls violating her rights Im a witness to it all.

Respectfully
Tiffany Days
76333-054



Samantha Batista 86154-054
501 Capital Circle NE
Tallahassee Florida 32301

Pro se

United States District Court
Southern District of New York
The Daniel Patrick Moynihan
United States Court House
500 Pearl Street NY, NY
10007-1312

RECEIVED
SDNY PRO SE OFFICE
2021 OCT -5 AM 9:13

*Legal Mail*